United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          Chapter 13
DONNA M  FELDMAYER

Debtor(s)                          Bankruptcy No.   1116493

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this     day of               , 201_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that  DAVID B. SPITOFSKY ESQUIRE                counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN  PA  19401

Debtor(s)

DONNA M  FELDMAYER

1427 ELMWOOD AVENUE
SHARON HILL  PA  19079